RECEIVED
JUL 26 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACT. NO. 14-0215-02 |
| -vs- | JUDGE DRELL |
| JASE KIRK, JR. | MAG. JUDGE HORNSBY |

## ORDER

The court has reviewed the record in this case and finds that there are two (2) motions currently pending in the above-captioned criminal matter, regarding post-conviction relief: a habeas corpus petition under § 2255 (Doc. 307) and a portion of a motion previously ruled upon which requests the appointment of counsel (Doc. 308).

Petitioner's motion for the appointment of counsel in this matter is **DENIED**. Doc. 308. While it lies within the court's discretion to appoint counsel in matter such as habeas corpus proceedings, Petitioner has no absolute right to counsel. Castro Romero v. Becken, 256 F.3d 349 (5th Cir. 2001). Instead, the court evaluates such motions by considering "the type and complexity of the case, the litigant's ability to investigate and present the case, and the level of skill required to present the evidence." Id. at 354. Our review of the motion filed by Petitioner reveals that he has more than adequately stated the issues upon which he seeks review under § 2255 and appears to read and write the English language with sufficient proficiency to continue prosecuting his petition before this court pro se. Moreover, we do not find that his case presents facts or issues more nuanced or complex than the average habeas case filed before the court or that Petitioner's own case will require skills lying far outside those he seems to have already demonstrated. Finally,

we note that there are no funds budgeted or available for such appointments. We base our denial of appointment of counsel on these findings.

We find that Petitioner's petition for habeas corpus relief should be and is, hereby **REFERRED** to the Magistrate Judge for Report and Recommendation, as well as any necessary hearings or conferences which he shall order and set with notice to all parties.[1]

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 25th day of July, 2017.

                                                **DEE D. DRELL, CHIEF JUDGE**
                                                **UNITED STATES DISTRICT COURT**

---

[1] The court issued an order, dated 10/17/16, in which it denied Petitioner's motion for evidentiary hearing regarding his prior motion for relief under § 2255. If, however, Magistrate Judge Hornsby finds that an evidentiary hearing is necessary after all, he may order that such hearing be set accordingly, despite the court's prior ruling.